The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ALEXANDER MYLES CANTONWINE,<br><br>Defendant. | NO. CR14-54-RSL<br><br>ORDER |

THIS MATTER comes before the Court on the parties' Stipulated Motion to Continue the Supervised Release Disposition Hearing. Having reviewed the motion and the record in this case, IT IS HEREBY ORDERED:

1. The November 28, 2017, supervised release evidentiary hearing is stricken.

2. The warrant for Mr. Cantonwine's arrest (Dkt. 39) is stricken.

3. Mr. Cantonwine is ordered to report to the United States Probation Officer, at 1717 Pacific Ave., Room 1310, Tacoma, WA 98402, within forty-eight (48) hours of his release from state custody.

4. The Probation Officer is directed to advise the Court and parties when Mr. Cantonwine reports to the Probation Office (or upon his failure to do so within forty-eight hours of his release).

*United States v. Cantonwine*, CR14-054-RSL
Order - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5. The Clerk is directed to serve by mail a copy of this Order on Mr. Cantonwine at the Washington State Corrections Center, 2321 West Dayton Airport Road, Shelton, WA 98584, or any other facility where Mr. Cantonwine may be incarcerated.

Upon being informed that Mr. Cantonwine has reported to the Probation Office, the Court will schedule a new supervised release hearing and Mr. Cantonwine will be summoned to this hearing.

DATED this 2nd day of November, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

*United States v. Cantonwine*, CR14-054-RSL
Order - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970